UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ADENIRAN OYEBADE,        )<br>         Plaintiff,        )<br>                                )<br>    vs.                         )          1:09-cv-1054-LJM-TAB<br>                                )<br>KAMSING V. LEE, Field Office, District )<br>Director, U.S. Citizenship & Immigration )<br>Services, *et al.*,                )<br>         Defendants.       ) | |

## ENTRY OF JUDGMENT

Through an order issued on July 21, 2010, this Court granted summary judgment in favor of the defendants, Kamsing V. Lee, Gregory L. Collett, Alejandro Mayorkas, Eric Holder, and Janet Napolitano, and against the plaintiff, Adeniran Oyebade, as to all plaintiff's claims. A final judgment is entered accordingly. Plaintiff shall take nothing by way of his complaint.

DATED this 21st day of July, 2010.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana

By: _____
     Deputy Clerk

Distribution attached.

Distributed to:

Herbert Igbanugo
IGBANUGO PARTNERS INT'L LAW FRIM, PLLC
higbanugo@igbanugolaw.com

Jill Z. Julian
UNITED STATES ATTORNEY'S OFFICE
jill.julian@usdoj.gov

Kimberly E. Wiggans
US DEPT OF JUSTICE, CIVIL DIVISION
kimberly.wiggans@usdoj.gov